**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL NUMBER: 3:25-CR-114-CHB**
**UNITED STATES OF AMERICA, PLAINTIFF,**

**vs.**

**ANTONIO PENA DEFENDANT.**

# MOTION TO ENTER CHANGE OF PLEA

Comes the defendant, Antonio Pena, and moves the Court to schedule a hearing to allow the Defendant to enter a change of plea from not guilty to guilty to the charges contained in the Indictment.

Chastity R. Beyl
Assistant Federal Defender
700 Republic Building
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

**CERTIFICATE**

I hereby certify that on October 30, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Corinne Keel, Assistant United States Attorney.

Chastity R. Beyl