UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:25-CR-114-CHB-01 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONIO PENA (01), | ) | **ORDER GRANTING DEFENDANT'S MOTION FOR CHANGE OF PLEA** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on Defendant's Motion for Change of Plea Hearing, [R. 52], filed by Defendant Antonio Pena. Because the defendant's motion evinces his intent to plead guilty rather than proceed to trial, the Court will continue the trial date as to this defendant and declare the time between the filing of the Motion and the date of the change of plea as excludable pursuant to the Speedy Trial Act. *See* 18 U.S.C. § 3161, *et seq*. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Defendant Antonio Pena's Motion for Change of Plea Hearing, [**R. 52**], is **GRANTED**.

2. Trial. The **Jury Trial** currently set for **November 17, 2026** is **CONTINUED GENERALLY**, pending Defendant **Antonio Pena**'s change of plea.

3. Change of Plea. **A Change of Plea Hearing** is **SET** for **Thursday, November 19, 2026, at the hour of 1:45 p.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder U.S. Courthouse in **Louisville, Kentucky**. If the parties intend to proceed pursuant to a written plea agreement, the United States shall

submit a copy of the proposed plea agreement for the Court's review at least **one (1) day** prior to the hearing on the defendant's motion for change of plea. This document shall be transmitted as an electronic attachment to *boom_chambers@kyed.uscourts.gov*.

4. Speedy Trial Act. In light of the defendant's Unopposed Motion for Change of Plea Hearing, [R. 74], and upon the Court's own motion, the time between **October 30, 2026**—the date of filing of the motion—and **November 19, 2026**—the re-arraignment date—is **DECLARED** excludable in computing the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D), because the delay results from a pretrial motion concerning the defendant.

This the 2nd day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record
United States Probation